**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:20CR00126-001 |
| ) | |
| Cassandra Leyva ) | |
| ) | |

On April 12, 2019, the above-named was sentenced in the Southern District of California to time served followed by Supervised Release for a period of 5 years. Supervision commenced on April 12, 2019.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. Chief AUSA Kirk Sherriff has no objections to the early termination recommendation. It is accordingly recommended that the supervised releasee be discharged from supervision.

**Respectfully submitted,**                          **Reviewed by,**

*/s/ Jesus C. Frausto*                                */s/ Laura Weigel*

**Jesus C. Frausto**                                  **Laura Weigel**
**United States Probation Officer**                   **Supervising United States Probation Officer**

**Dated:**   February 7, 2023
            Modesto, California
            JF/lr

1

**Re:     Cassandra Leyva**
        **Docket Number:   0972 1:20CR00126-001**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Cassandra Leyva be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   <u>February 7, 2023</u>         _____
                                                                  UNITED STATES DISTRICT JUDGE